IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case Nos. TDC-22-cr-445 |
| | * | TDC-22-cr-446 |
| TYLER J. STEWART, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## JOINT STATUS REPORT

The United States of America, by and through undersigned counsel, hereby respectfully submits the following joint status report, pursuant to this Court's Order. ECF No. 23. The parties jointly state as follows:

1. The Defendant Tyler Stewart was convicted of misdemeanor trespassing at the National Institutes of Health ("NIH") in two separate cases: *United States v. Tyler Stewart*, Case. No. 8:20-po-540 ("*Stewart I*"), and *United States v. Tyler Stewart*, Case. No. 8:21-po-1103 ("*Stewart II*"). The magistrate judge struck the guilty findings and imposed probation before judgment dispositions in both matters. Both dispositions included a period of 12 months of supervised probation.

2. On December 7, 2022, United States Magistrate Judge C. Bruce Anderson found that the Defendant had violated his probation in both cases, struck the probation before judgment dispositions, entered judgments of conviction, and sentenced the Defendant to 30 days in jail in *Stewart I* and two years of probation in *Stewart II*.

3. On December 20, 2022, the Defendant filed a timely notice of appeal of his violation of probation convictions to the district court in both cases. *See* Fed. R. Crim. P

1

58(g)(2)(B) ("A defendant may appeal a magistrate judge's judgment of conviction or sentence to a district judge within 14 days of its entry.").

4. Upon the Defendant's motion, the two appeals were consolidated on March 22, 2023. ECF Nos. 5, 6 in *United States v. Tyler Stewart*, Case. No. 8:22-cr-446 (appeal of *Stewart I*); ECF Nos. 9, 10 in *United States v. Tyler Stewart*, Case. No. 8:22-cr-445 (appeal of *Stewart II*).

5. The Defendant filed his Memorandum in Support of Appeal on July 17, 2023. ECF No. 13 in appeal of *Stewart I*; ECF No. 14 in appeal of *Stewart II*.

6. The Government filed its Memorandum in Opposition to the Defendant's appeal on October 13, 2023. ECF No. 18 in appeal of *Stewart I*; ECF No. 19 in appeal of *Stewart II*.

7. The Defendant filed a Reply on November 9, 2023. ECF No. 21 in appeal of *Stewart I*; ECF No. 24 in appeal of *Stewart II*.

8. The appeal of the Defendant's violation of probation findings and attendant sentences is therefore fully briefed and ready for a ruling from this Court.

**WHEREFORE**, the parties respectfully request that this Honorable Court accept this joint status report.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Ellen E. Nazmy
Assistant United States Attorney


_____/s/_____
Michael E. Lawlor
Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2023, a copy of the foregoing Joint Status Report was caused to be delivered via the CM/ECF system to Michael E. Lawlor, Esquire, counsel for the Defendant, and all other registered CM/ECF users.

By: _____/s/_____
  Ellen E. Nazmy
  Assistant United States Attorney